# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2022-1262**
Marquell Kimbrough v. State of Alabama (Appeal from Wilcox Circuit Court: CC-16-37)

# NOTICE

You are hereby notified that on November 17, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk